

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00150-CR

EX PARTE GALE CORBETT
HUTCHINSON

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Gale Corbett Hutchinson filed a pro se notice of appeal, indicating that he wished to appeal the "no bail" bond amount set by the trial court as of April 13, 2011. On April 14, 2011, however, the trial court entered an order setting bail at $200,000.00. Because bail has now been set, we dismiss this appeal for want of jurisdiction.

---

[1]*See* Tex. R. App. P. 47.4.

On May 19, 2011, we notified Hutchinson's appointed attorney of our concern that we lacked jurisdiction over this appeal because bail has now been set, and we informed him that this appeal was subject to dismissal unless he or any party desiring to continue this appeal filed a response with this court by May 31, 2011, showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. On April 27, 2011, Hutchinson's appointed attorney filed "Appellant's Response Regarding Jurisdiction for *Pro Se* Appeal," explaining that Hutchinson's appeal of the no bail bond amount is moot because the trial court has set bail. *See Criner v. State*, 878 S.W.2d 162, 163–64 (Tex. Crim. App. 1994). Hutchinson also filed a pro se response, but it did not show grounds for continuing the appeal.

Accordingly, we dismiss this appeal for want of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY and MEIER, J.J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 16, 2011

---

[2]Hutchinson's appeal from the order setting bail at $200,000, appellate cause number 02-11-00176-CR, is not affected by this dismissal.

2